# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

THOMAS JENSEN,

    Plaintiff,

v.

NEVADA DEPARTMENT OF CORRECTIONS,

    Defendant.

3:14-cv-00369-MMD-WGC

**ORDER**

## I.  DISCUSSION

Plaintiff, who a prisoner in the custody of the Nevada Department of Corrections, has filed several documents regarding his filing fee. (ECF No. 1, 1-1, 1-2). Plaintiff has not submitted a complaint.

In his letter to the Clerk of the Court, Plaintiff explains that he does not qualify for *in forma pauperis* status because he has $535.00 in his inmate account. (ECF No. 1-2 at 1). Plaintiff states that he has submitted his complaint and brass slips to inmate services and has requested that they issue a money order and mail the funds to the U.S. District Court. (*Id.*). Plaintiff states that his caseworker, Ms. Travis, has told him that the prison cannot issue money orders until they have a case number. (*Id.*). Plaintiff tried to explain to Ms. Travis that he cannot file his complaint until the Clerk of the Court receives payment. (*Id.*). Ms. Travis laughed and said Plaintiff was "screwed" and that he should not file a complaint anyway because it was a waste of money. (*Id.* at 1-2). Plaintiff seeks direction from this Court. (*Id.* at 2).

///

The Court grants Plaintiff thirty days from the date of this order to pay his filing fee and to submit a complaint in this case. As noted in the caption of this case, Plaintiff has been assigned case number 3:14-cv-369-MMD-WGC. The Court now orders Plaintiff to submit his complaint and pay the filing fee.

## II.   CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff shall pay the full filing fee in this case and submit his complaint to the Court within thirty (30) days from the date of this order.

IT IS FURTHER ORDERED that Plaintiff has been assigned case number 3:14-cv-369-MMD-WGC.

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED: This <u>17th</u> day of July, 2014.

_____
United States Magistrate Judge