# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

THOMAS JENSEN,                    )    3:14-cv-00369-MMD-WGC
                                  )
    Plaintiff,                    )
                                  )    **ORDER**
  vs.                             )
                                  )    **re: Doc. # 29**
NEVADA DEPARTMENT OF CORRECTIONS, )
et al.,                           )
                                  )
    Defendants.                   )
_____)

      The Plaintiff has filed a pleading entitled "Amended Civil Rights Complaint." (Doc. # 29.[1]) However, the amended complaint was not accompanied by a motion seeking leave to file the amended complaint as is required by Local Rule 15-1 nor did the court otherwise permit Plaintiff to file the amended complaint.

      Although Plaintiff's amended civil rights complaint is therefore technically a fugitive document, the court will not order it be stricken at this time. Instead, Plaintiff will be allowed to file a motion to amend to seek leave of court permitting the filing of an amended complaint. Plaintiff will not be required to have a proposed amended complaint accompany his motion as is otherwise required by Local Rule 15-1; instead, Plaintiff may refer to the document he filed as "Amended Civil Rights Complaint" (Doc. # 29). For the convenience of Plaintiff, a copy of Doc. # 29 shall accompany this order and shall be provided to Plaintiff.

---

[1] Refers to court's docket number.

1  If Plaintiff chooses to file a motion to amend, his motion shall explain what changes in his action
2  he seeks to effect by reason of his proposed amended complaint, including but not limited to a summary
3  of any substantive changes in his averments. Plaintiff shall direct the court's attention to the provisions
4  in his "amended civil rights complaint," which are being added or modified from his original complaint.
5  Additionally, Plaintiff shall explain to the court why Michael Fletcher should be reinstated as a
6  defendant. District Judge Miranda M. Du dismissed Mr. Fletcher as a defendant in the screening order
7  (Doc. # 18 at 14) and it does not appear Plaintiff's new pleading contains any averments as against
8  Michael Fletcher.

## CONCLUSION

10 Plaintiff is granted until May 29, 2015 to submit a motion seeking leave to file the amended
11 complaint (Doc. # 29).  Defendants may respond as permitted by the Local Rules.  The Clerk shall send
12 to Plaintiff a copy of Doc. # 29.

13 **IT IS SO ORDERED.**

14 DATED: May 19, 2015.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE